UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL DEAN WILLIAMS,

    Plaintiff,

v.

                                    Case No.: 24-11640
                                    Hon. Gershwin A. Drain

CRYSTAL FLASH CO.,

    Defendant.
_____/

## JUDGMENT

The above-entitled matter having come before the Court and in accordance with the Order entered on this date;

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the Defendant and against the Plaintiff.   This cause of action is DISMISSED WITH PREJUDICE.

                                                    /s/Gershwin A. Drain
                                                    GERSHWIN A. DRAIN
                                                    United States District Judge

Dated:   November 26, 2025